MADELINE DECKER ET AL., APPELLANTS, v. ISADORE MILLER ET AL., RESPONDENTS.

Submitted February 17, 1928—Decided May 14, 1928.

For the appellants, *Brenner & Kresch*.

For the respondents, *Collins & Corbin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For reversal*—None.